# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

128779 & (14)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

    SC: 128779
    COA: 260428
    Genesee CC: 00-006337-FC;
    01-007571-FC

ALLEN JAMES KACZOROWSKI,
    Defendant-Appellant.

_____/

By order of November 9, 2005, we directed the prosecutor to answer defendant's application. On order of the Court, the answer having been filed, the application for leave to appeal the April 6, 2005 order of the Court of Appeals is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

_____
Clerk

p0315